# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-381** |
| | : | |
| **v.** | : | **Judge Conner)** |
| | : | |
| **DUANE FASON** | : | |

## **O R D E R**

AND NOW, this 1st day of March, 2011, upon consideration of Defendant's Motion for Reconsideration of Detention Order and Release on Personal Recognizance (Doc. 353), it is hereby ORDERED that said motion is GRANTED. Duane Fason is hereby released on personal recognizance.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge